PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Taronna Hamlett

Cr.: 25-00099-001
PACTS #: 9084873

Name of Sentencing Judicial Officer: THE HONORABLE RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/07/2025

Original Offense: Count One: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)], a Class C Felony

Original Sentence: 12 months and 1 day imprisonment, 1 year supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Alert All Medical Professionals of Prior Substance Abuse History, Search/Seizure, Warn Others, Mental Health Treatment, Motor Vehicle Compliance

Type of Supervision: Supervised Release Date Supervision Commenced: 06/09/2026

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You must not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You must comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office.'**<br><br>On August 4, 2026, Ms. Hamlett was issued a ticket by Woodbury City Police Department for failure to wear seatbelt. |

U.S. Probation Officer Action:
The undersigned officer received a text message from Ms. Hamlett that stated she was pulled over and was advised by the officer she was texting and driving. Ms. Hamlett states she was looking at her GPS on her phone for Insta Cart. Ms. Hamlett was issued a ticket for not wearing a seatbelt.

At this time, the U.S. Probation Office respectfully requests no action be taken by the Court and for this report to serve as a judicial reprimand.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: KAITLYN R. TERLITZ
U.S. Probation Officer

/ krt

APPROVED:

8/14/2026

STEVEN ALFREY Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [x] No Formal Court Action to be Taken at This Time, This Report to Serve as a Judicial Reprimand (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

August 18, 2026
Date